[No. 3623.   Decided October 2, 1900.]

COUNTY OF SPOKANE, *Respondent*, *v.* FRANK BRACHT *et al., as County Commissioners of Spokane County, et al., Appellants.*

ACTION BY COUNTY AGAINST COUNTY COMMISSIONERS—AUTHORITY OF PROSECUTING ATTORNEY.

A prosecuting attorney has no authority to institute an action in the name of the county against the county commissioners to restrain them from bonding certain warrant indebtedness of the county.

Appeal from Superior Court, Spokane County.—Hon. WILLIAM E. RICHARDSON, Judge.

*O. C. Moore* and *Happy & Hindman,* for appellants.

*James Z. Moore,* Prosecuting Attorney, *Miles Poindexter* and *Horace Kimball,* for respondent.

PER CURIAM.—This was an action brought by the prosecuting attorney of Spokane county, in the name of Spokane county, against the county commissioners of said county, to restrain them from bonding certain alleged

warrant indebtedness against the county. Upon the presentation of the case in this court, on June 13, 1900, last, it was suggested by the court that the prosecuting attorney had no authority to bring an action in the name of a county against the county commissioners, and that this action would not lie, and the court refused to hear the case upon its merits. But, before finally deciding, the prosecuting attorney was allowed to file briefs on that particular point. The briefs have been filed, but an examination of them has failed to change our opinion on the proposition involved. The case is therefore remanded, with instructions to the lower court to dismiss the same.